IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAUNTWAIN BARNES,

    Plaintiff,

v.                                                     4:19cv171–WS/HTC

ANGELA DEMPSEY,
BRITTANY FOX, and
ASHLEY COYLE,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 7) docketed May 30, 2019. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii). The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 7) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii).

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __2nd__ day of __July__, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE